# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FUTURE LINK SYSTEMS, LLC, | Case No. 1:21-cv-01051-RP |
| *Plaintiff,* | JURY TRIAL DEMANDED |
| v. | |
| ADVANCED MICRO DEVICES, INC., | |
| *Defendant.* | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

WHEREAS, Plaintiff Future Link Systems, LLC ("Plaintiff") and Defendant Advanced Micro Devices, Inc. ("Defendant") have resolved Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss all claims between them in this action with prejudice. The parties further agree that each party shall bear its own attorneys' fees, costs of court and expenses borne by the party incurring same.

DATED: April 29, 2022

Respectfully submitted,

/s/ *Reza Mirzaie*
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
bledahl@raklaw.com
James Milkey (CA SBN 281283)
jmilkey@raklaw.com

/s/ *Vincent Zhou*

Ryan K. Yagura (Tex. Bar No. 24075933)
ryagura@omm.com
Nicholas J. Whilt (Pro Hac Vice, Cal. Bar No. 247738)
nwhilt@omm.com
Xin-Yi Zhou (Pro Hac Vice, Cal. Bar No. 251969)

1

Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Minna Y. Chan (CA SBN 305941)
mchan@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
***Future Link Systems, LLC***

vzhou@omm.com
Brian M. Cook (Pro Hac Vice, Cal. Bar No. 266181)
bcook@omm.com
Clarence A. Rowland (Pro Hac Vice, Cal. Bar No. 285409)
Nathaniel Legum (Pro Hac Vice, Cal. Bar No. 330517)
crowland@omm.com
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Darryl Adams
dadams@sgbfirm.com
Tecuan Flores
tflores@sgbfirm.com
Slayden Grubert Beard PLLC
401 Congress Ave., Ste. 1650
Austin, TX 78701
Telephone: 512-402-3562
Facsimile: 512-402-6865

Attorneys for Defendant
***Advanced Micro Devices, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 29, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail.

*/s/ Reza Mirzaie*
Reza Mirzaie